Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of MARGARET E. ROGERS, Appellant, for a Peremptory Mandamus Order against HENRY W. HERBERT and Others, Respondents.— Order reversed and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of PHILIP RICHMAN, Respondent, for an Order Directing that Arbitration between PHILIP RICHMAN and FREDERICK FARAONE and "ALBERT" K. FARAONE, First Name "Albert" Being Fictitious, etc., Copartners, etc., Proceed Pursuant to the Provisions of Said Contract.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSOFF-COOPER CORPORATION, Appellant, v. MAX EIGEN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. HOBLITZELL, Principal, Defendant, and NATIONAL SURETY COMPANY, Surety, Appellant. CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES A. HEARN & SON, INC., and Others, Respondents, v. LOUIS BERENSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES A. HEARN & SON, INC., and Others, Respondents, v. LOUIS BERENSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SWIFT & COMPANY, Appellant, v. OBCANSKA, ZALOZNA V. KARLINE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE ROYAL BANK OF CANADA, Respondent, v. MANUEL LOPEZ, Trading under the Name of M. LOPEZ & COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

40TH ST. & PARK AVE., INC., v. AUSTEN G. Fox and Others, Impleaded with THE BOWERY SAVINGS BANK and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

JONAS & NAUMBURG CORPORATION v. ADU TIRDZNIECIBAS UN RUPNIECIBAS AKCIJU SABIEDRIBA "MICHLINS UN DELI," etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM GROSSFELD v. SIDNEY MUNTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRIETTA GOLDSTEIN v. ISRAEL GOLDSTEIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. ·